Case 2:22-cv-03933-FLA-PLA   Document 35   Filed 04/10/23   Page 1 of 2   Page ID #:431

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WILLIAMS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVALONBAY COMMUNITIES, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03933-FLA (PLAx)<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [DKT. 34]** |

1

On March 16, 2023, Plaintiff Christina Williams ("Plaintiff") and Defendant AvalonBay Communities, Inc. ("Defendant") (collectively, the "Parties") filed a Stipulation to Remand Removed Action.

The court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. Central District of California Case No. 2:22-cv-03933-FLA (PLAx) is hereby remanded to the Superior Court of the State of California for the County of Los Angeles;

2. All pre-trial and trial deadlines and dates are vacated, including the responsive pleading deadline and class certification deadlines; and

3. The Parties agree to bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the action.

IT IS SO ORDERED.

Dated: April 10, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge